IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER SMITH,

    Petitioner,               No. 2:12-cv-2572 JAM AC P

    vs.

R.J. RACKELY, Warden,        ORDER &

    Respondent.           FINDINGS AND RECOMMENDATIONS

_____/

        Court documents were recently served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order (ECF No. 8), filed on January 8, 2013, was returned, on January 23, 2013, by the postal service and petitioner has failed to notify the Court of a current address.[1] Court staff has determined that the CDCR inmate locator indicates petitioner to be currently located at RJ Donovan.

        Accordingly, IT IS ORDERED that the Clerk of the Court serve these findings

---

[1] Moreover, an additional court document (a clerk's notice dated January 24, 2013 at Docket No. 13) was returned as undeliverable on February 25, 2013 because petitioner was "not at DVI."

1

1  and recommendations upon petitioner not only at his address of record but also at RJ Donovan
2  Correctional Facility / 480 Alta Road / San Diego, CA 92179.
3         IT IS HEREBY RECOMMENDED that this action be dismissed without
4  prejudice for failure to prosecute.  See Local Rule 183(b).
5         These findings and recommendations are submitted to the United States District
6  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-
7  one days after being served with these findings and recommendations, any party may file written
8  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
9  Findings and Recommendations."  Any response to the objections shall be filed and served
10 within fourteen days after service of the objections.  The parties are advised that failure to file
11 objections within the specified time may waive the right to appeal the District Court's order.
12 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
13 DATED: April 1, 2013.

                                   _____
                                   ALLISON CLAIRE
                                   UNITED STATES MAGISTRATE JUDGE

AC:009/mp
smit2572.133a